**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN (JACKSON) DIVISION**

**ERIC DE'JUAN JONES**                                                                        **PLAINTIFF**

**V.**                                                         **Civil Action No. 3:13-cv-1039-CWR-FKB**

**JERRY BUSCHER**                                                                    **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above-styled matter is before the Court on Plaintiff's written objections to the Report and Recommendation of United States Magistrate Judge F. Keith Ball issued on August 14, 2014, wherein the magistrate judge has recommended that Plaintiff's Petition for Writ of Habeas Corpus [Docket No. 1] be dismissed and that his other Motions–Motion for Immediate and Speedier Discharge from Earned Release Supervision Terms and Jurisdiction [Docket No. 11]; Motion to Consolidate Cases [Docket No. 16]; Motion to Strike [Docket No. 19]; Motion for an Evidentiary Hearing [Docket No. 23]; and Second Request for Discovery and an Evidentiary Hearing [Docket No. 25]–all be denied.  Having given full consideration to the Report and Recommendation, the applicable statutory and case law, the arguments presented by the Plaintiff through his Objections [Docket Nos. 30 and 31], and being otherwise fully advised in the premises, the Court concludes that Plaintiff's objections are not well taken.  The Court hereby adopts, as it own opinion, the Report and Recommendation of the Magistrate Judge.

Based on the foregoing, it is ordered that the Report and Recommendation [Docket No. 29] of United States Magistrate Judge F. Keith Ball entered on August 14, 2014, and the same is hereby adopted as the finding of the Court.  The Petition in this matter shall be dismissed with prejudice, and the Motions [Docket Nos. 11, 16, 19, 23 and 25] are denied.

A separate final judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 23rd day of September, 2014.

                                              s/Carlton W. Reeves
                                              UNITED STATES DISTRICT JUDGE